IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARK E. RICHARDS,

    Plaintiff,

v.                                        Civil Action No. 3:11CV426

WENDY K. BROWN, et al.,

    Defendants.

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby ordered that:

1. The Report and Recommendation (Docket No. 18) is accepted and adopted.

2. Richards's claims are dismissed as legally frivolous.

3. The action is dismissed.

4. The Clerk is directed to note the disposition of the action for purposes of 28 U.S.C. § 1915(g).

Should Richards desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a timely notice of appeal may result in the loss of the right to appeal.

The Clerk is directed to send a copy of this Order to Richards.

It is so ORDERED.

                                                      /s/
Date: September 17, 2012     Robert E. Payne
Richmond, Virginia         Senior United States District Judge